BOARD OF HUDSON RIVER REGULATING DISTRICT, Appellant, *v.* JOHN A. WILLARD REALTY & LUMBER COMPANY, INC., Respondent.

(Argued April 15, 1935; decided April 23, 1935.)

*T. Cuthell Calderwood* for motion.
*Roscoe Irwin* opposed.
Motion denied.